EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

HARDEEP KUMAR and VICTOR MALLH, on their own behalf and for all others similarly situated,

        Plaintiffs,

-against-

FEDEX GROUND PACKAGE SYSTEM, INC., FEDEX CORPORATION, CREDIT TO GET IT INC., TAMEKA Y. JONES also known as TAMEKA JONES NEVILLE, QUICKSILVER PARCEL SERVICE INC., JOHN M. JEANMARIE, TWO FAR GLOBAL INC., HOLGER FARIAS, and JOHN DOES 1 – 10,

        Defendants.

---------------------------------------------------------------x

14 Civ. 4274 (PKC) (RER)

STIPULATION OF DISMISSAL

ECF CASE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that this action be dismissed with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure.

THE LAW OFFICES OF IRA S. NEWMAN

By: _____
Ira S. Newman, Esq.
98 Cutter Mill Road, Suite 441
Great Neck, New York 11021
(516) 487-7375
*Attorneys for Plaintiffs*

Dated: October 8, 2014

BERKE-WEISS & PECHMAN LLP

By: _____
Louis Pechman, Esq.
488 Madison Avenue, 11th Floor
New York, New York 10022
(212) 583-9500
*Attorneys for Defendant
FedEx Ground Package System, Inc.*

Dated: 12/2/2014

By: /s/

Eli Zev Freedberg, Esq.
11 Broadway
New York, New York 10004
(347) 651-0044
*Attorneys for Defendant Credit To Get It Inc., Tameka Y. Jones, Quicksilver Parcel Service Inc., John M. Jeanmarie, Two Far Global Inc., and Holger Farias*

Dated: 12-3-14

SO ORDERED:

_____
Hon. Ramon E. Reyes, Jr.

16